**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN DANIEL ESPIRITU VIVEROS,

Petitioner,

v.

J. JOHNSON, *et al.*,

Respondents.

Case No. 5:26-cv-05230-JWH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation.[1] Good cause appearing therefor, the Court hereby ORDERS as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** to release Petitioner Christian Daniel Espiritu Viveros (A# 236-715-294) from immigration detention **FORTHWITH** on reasonable conditions.

4. Respondents are also **DIRECTED** to file a Status Report no later than October 19, 2026, confirming their compliance with this Order.

5. Judgment shall be entered consistent with this Order after such confirmation is received.

6. The Court Clerk is **DIRECTED** to serve this order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: October 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Pet. [ECF No. 1]; Report and Recommendation [ECF No. 12].