JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CRISTIAN DANIEL ESPIRITU VIVEROS,

Petitioner,

v.

J. JOHNSON, Acting or current warden, Adelanto ICE Processing Center GEO Group Inc, in his official capacity, *et al.*,

Respondents.

Case No. 5:26-cv-05230-JWH-BFM

**JUDGMENT**

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about October 15, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Judgment is **ENTERED** in favor of Petitioner Cristian Daniel Espiritu Viveros and against Respondents. The Order constitutes final disposition of the Petition by the Court.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE